UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21797-CV-WILLIAMS

RICHARD REYNOLDS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Marty F. Elfenbein's Report and Recommendation (DE 22) ("***Report***") on Plaintiff Richard Reynolds' Unopposed Motion for Attorney Fees and Costs Under the Equal Access to Justice Act (DE 20) ("***Motion***"). In the Report, Judge Elfenbein recommends that the Motion be granted, and that Plaintiff be awarded attorneys' fees in the amount of $2,409.51 and costs in the amount of $405.00. (DE 22 at 12.)[1] Defendant filed Objections to the Report (DE 23) but does not challenge Judge Elfenbein's recommendation. Instead, Defendant simply requests that the attorney fee amount and costs be listed separately, to ensure proper handling and reimbursement. (*Id.* at 2.)

Upon a careful review of the Report, the Motion, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Elfenbein's Report (DE 22) is **AFFIRMED AND ADOPTED** with fees

---

[1] Judge Elfenbein additionally notes that Plaintiff reported in his Motion that Defendant "has no objection to [the] Motion." (DE 22 at 1.)

and costs listed separately below.

2. Plaintiff Richard Reynolds' Unopposed Motion for Attorneys' Fees and Costs Under the Equal Access to Justice Act (DE 20) is **GRANTED**.

3. Final judgment on attorneys' fees and costs is entered in favor of Plaintiff Richard Reynolds and against Defendant Commissioner of Social Secuirty in the amount of **$2,409.51** in attorneys' fees and **$405.00** in costs, for which sum let execution issue.

4. The award is to be **PAID** Plaintiff's lawyer, Heather Freeman, subject to offset against any pre-existing debt that Plaintiff may owe to the United States.

5. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>11th</u> day of March, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE